UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 11, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00202-DJC |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JESUS AGUILAR-MENDOZA | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESUS AGUILAR-MENDOZA</u> Case No. <u>2:24-cr-00202-DJC</u> Charges <u>8 USC § 1326(a)</u> from custody for the following reasons:

|   |   |
|---|---|
| ____ | Release on Personal Recognizance |
| ____ | Bail Posted in the Sum of $ _____ |
| x | Unsecured Appearance Bond $ <u>$50,000.00 cosigned by the defendant and Margaret McPartland</u> |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety |
| ____ | Corporate Surety Bail Bond |
| x | (Other): <u>Released forthwith with terms as stated on the record. The defendant must then directly report to the Pretrial Services office at 9 AM on 7/12/2024 in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.</u> |

Issued at Sacramento, California on July 11, 2024 at 2:30 PM

Dated: July 11, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE