1  MICHELE BECKWITH
   Acting United States Attorney
2  ZULKAR KHAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7
            IN THE UNITED STATES DISTRICT COURT
8
            EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,              CASE NO.  2:24-CR-00202-DJC

11                          Plaintiff,     STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
12              v.                         FINDINGS AND ORDER

13  JESUS AGUILAR-MENDOZA,                 DATE: March 13, 2025
                                           TIME: 9:00 a.m.
14                          Defendant.     COURT: Daniel J. Calabretta

15

16                          **STIPULATION**

17         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18  through defendant's counsel of record, hereby stipulate as follows:

19         1.      By previous order, this matter was set for status on March 13, 2025.

20         2.      By this stipulation, defendant now moves to continue the status conference until May 22,

21  2025, at 9:00 AM, and to exclude time between March 13, 2025, and May 22, 2025, under Local Code

22  T4.

23         3.      The parties agree and stipulate, and request that the Court find the following:

24                 a)      The government has represented that the discovery associated with this case

25  includes investigative reports and related documents exceeds 1000 pages of documents. All of

26  this discovery is in the process of being produced directly to counsel and/or made available for

27  inspection and copying.

28  ///

b)      Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charge, review and copy discovery for this matter, discuss potential resolutions with his client, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 13, 2025 to May 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 7, 2025                                MICHELE BECKWITH
                                                    Acting United States Attorney


                                                    /s/ ZULKAR KHAN
                                                    ZULKAR KHAN
                                                    Assistant United States Attorney

Dated:  March 7, 2025                                        /s/ Hootan Baigmohammadi
                                                             Hootan Baigmohammadi
                                                             Counsel for Defendant
                                                             Jesus Aguilar-Mendoza


## ORDER

IT IS SO FOUND AND ORDERED this 10th day of March, 2025.


Dated:  March 10, 2025                                      /s/ Daniel J. Calabretta
                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                            UNITED STATES DISTRICT JUDGE