MICHELE BECKWITH
Acting United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS AGUILAR-MENDOZA,<br><br>Defendant. | CASE NO. 2:24-CR-00202-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 22, 2025<br>TIME: 9:00 a.m.<br>COURT: Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 22, 2025.

2. By this stipulation, defendant now moves to continue the status conference until August 7, 2025, at 9:00 a.m., and to exclude time between May 22, 2025, and August 7, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant sought the government's assistance in obtaining certain materials potentially helpful to defense's case. The government has endeavored to obtain the materials, and anticipates production of those materials in the coming weeks. In order to allow for the production of the requested materials and to provide defense counsel sufficient time to review them, a continuance of the status conference is requested.

      b)      The government has represented that the discovery associated with this case includes investigative reports and related documents exceeds 1000 pages of documents. All of this discovery is in the process of being produced directly to counsel and/or made available for inspection and copying.

      c)      Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charge, review and copy discovery for this matter, discuss potential resolutions with his client, and otherwise prepare for trial.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2025 to August 7, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 19, 2025                                 MICHELE BECKWITH
                                                    Acting United States Attorney


                                                    /s/ ZULKAR KHAN
                                                    ZULKAR KHAN
                                                    Assistant United States Attorney


Dated: May 19, 2025                                 /s/ HOOTAN BAIGMOHAMMADI
                                                    HOOTAN BAIGMOHAMMADI
                                                    Counsel for Defendant
                                                    Jesus Aguilar-Mendoza

**ORDER**

IT IS SO FOUND AND ORDERED this 19th day of May, 2025.

                                                    /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                      3