HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Aguilar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:24CR202-DJC |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **JUDGMENT AND SENTENCING** |
| | ) |
| JESUS AGUILAR-MENDOZA, | ) Date: April 23, 2026 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Daniel J. Calabretta |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Zulkar Khan, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Jesus Aguilar-Mendoza, that the previously scheduled Judgment and Sentencing set for April 23, 2026 be continued to **July 2, 2026 at 9:00 a.m.**

The parties specifically stipulate as follows:

1.      Good cause and compelling circumstances exist to continue Sentencing. Defense counsel was preparing for a multi-week trial in another case in December 2025 and January 2026. He has spent February and March 2026 either on annual leave, rehabilitating the cases that he could not address while trial prepping, and preparing for another trial that is set to commence in May 2026. Defense counsel needs additional time to adequately prepare for Sentencing in the instant matter.

Stipulation and Order to Continue Judgment          -1-          *United States v. Aguilar-Mendoza,*
and Sentencing                                                                    2:24CR202-DJC

2.      The government does not object to Mr. Aguilar's continuance request.

3.      For the forgoing reasons, the parties jointly request that the Judgment and Sentencing Schedule be modified as follows. U.S. Probation has been consulted and is available.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | June 4, 2026 |
| **Final PSR** | June 11, 2026 |
| **Formal Objections** | June 18, 2026 |
| **Response to Formal Objections** | June 25, 2026 |
| **Judgment and Sentencing** | July 2, 2026 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 2, 2026

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Aguilar

Date: April 2, 2026

ERIC GRANT
United States Attorney

*/s/ Zulkar Khan*
ZULKAR KHAN
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Judgment
and Sentencing

-2-

*United States v. Aguilar-Mendoza,*
2:24CR202-DJC

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court will not contemplate any further continuances of this matter and expects the parties to appear and to be prepared to proceed with judgment and sentencing on July 2, 2026, absent good cause, with compelling circumstances shown.

IT IS SO ORDERED.

Dated:  April 3, 2026                              /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Judgment
and Sentencing                                      -3-                    *United States v. Aguilar-Mendoza,*
                                                                                          2:24CR202-DJC