HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Aguilar-Mendoza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JESUS AGUILAR-MENDOZA,<br>Defendant. | Case No. 2:24CR202-DJC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO RELEASE MEXICAN PASSPORT**<br><br>Judge: Hon. Sean C. Riordan |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Zulkar Khan, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Jesus Aguilar-Mendoza, that his Mexican passport be returned to defense counsel.

The parties specifically stipulate as follows:

1. On July 11, 2024, Mr. Aguilar surrendered his Mexican passport as part of his conditions of pretrial release, and it is currently being held by the Clerk of the Court. *See* Dkt. 10.
2. On July 2, 2026, the Court sentenced Mr. Aguilar to 12 months of custody and ordered that he self-surrender to serve his sentence no later than August 27, 2026. Dkt. 40.
3. On August 27, 2026, Mr. Aguilar self-surrendered.
4. Mr. Aguilar moves for the Clerk of the Court to return his Mexican passport now that he

is no longer on pretrial release, the bond is exonerated, and his case is closed.

5. Neither the government nor pretrial services oppose Mr. Aguilar's request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 4, 2026

*<u>/s/ Hootan Baigmohammadi</u>*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Aguilar-Mendoza

Date: September 4, 2026

ERIC GRANT
United States Attorney

*<u>/s/ Zulkar Khan</u>*
ZULKAR KHAN
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, orders that the Clerk of the Court release Jesus Aguilar-Mendoza's Mexican passport to defense counsel of record.

IT IS SO ORDERED.

Dated: September 4, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE